UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| EVERETTE COOPER,<br><br>        Petitioner,<br>vs.<br><br>STANLEY KNIGHT,<br><br>        Respondent. | 1:06-cv-1465-SEB-JMS |

**J U D G M E N T**

The court, having this day made its Entry,

**IT IS THEREFORE ADJUDGED** that the petitioner take nothing by his petition for a writ of habeas corpus and this action is **dismissed with prejudice.**

Date: 04/03/2007

*(signed)* SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Everette Cooper, DOC #967192
Pendleton Correctional Facility
P.O. Box 30
Pendleton, IN 46064

Pamela Sue Moran
INDIANA STATE ATTORNEY GENERAL
pamela.moran@atg.in.gov